By: Michael I. Assad (#338972023)
Sadek Law Offices LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey
# Camden Vicinage

| | |
|---|---|
| In re: Juan A. Torres Jr., | Case No.: 25-20765-ABA |
| *Debtor.* | Adv. No.: 25-02467-ABA |
| Juan A. Torres Jr., | Hearing Date: 12/09/2025 |
| *Plaintiff,* | Judge: Altenburg |
| v. | |
| South Jersey Gas Company, | |
| *Defendant.* | |

**Notice of Plaintiff's Motion to Retain Jurisdiction**

    Plaintiff Juan A. Torres Jr. has filed papers with the court to request retention of jurisdiction over this adversary proceeding if the main bankruptcy case is dismissed for any reason.

    **YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

    If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

*[This space intentionally left blank. Notice continued on next page.]*

| | |
|---|---|
| Hearing Date: | 12/09/2025 |
| Hearing Time: | 10:00 a.m. |
| Hearing Location: | Mitchell H. Cohen U.S. Courthouse<br>400 Cooper Street, 4th Floor<br>Camden, NJ 08101 |
| Courtroom Number: | 4B |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Michael I. Assad
Sadek Law Offices LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: November 11, 2025                    /s/ Michael I. Assad
                                                                                                Michael I. Assad