By: Michael I. Assad (#338972023)
Sadek Law Offices LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey
# Camden Vicinage

| | |
|---|---|
| In re: Juan A. Torres Jr., *Debtor*. | Case No.: 25-20765-ABA <br> Adv. No.: 25-02467-ABA |
| Juan A. Torres Jr., *Plaintiff*, <br><br> v. <br><br> South Jersey Gas Company, *Defendant*. | Hearing Date: 12/09/2025 <br> Judge: Altenburg |

**Certification of Michael I. Assad**

I, Michael I. Assad, attorney for the Plaintiff in the above captioned case, submit this certification in support of the Motion to Retain Jurisdiction filed by the Plaintiff on November 11, 2025.

1. No certification is necessary because the Motion only concerns questions of law.

2. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: November 11, 2025         /s/ Michael I. Assad
                                Michael I. Assad