By: Michael I. Assad (#338972023)
Sadek Law Offices LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey
# Camden Vicinage

| | |
|---|---|
| In re: Juan A. Torres Jr., *Debtor*. | Case No.: 25-20765-ABA |
| | Adv. No.: 25-02467-ABA |
| Juan A. Torres Jr., *Plaintiff*, v. South Jersey Gas Company, *Defendant*. | Hearing Date: 12/09/2025 |
| | Judge: Altenburg |

**Brief in Support of Plaintiff's Motion to Retain Jurisdiction**

If the main bankruptcy case is dismissed, the Court must retain jurisdiction over this adversary proceeding to the extent that it requests relief under 11 U.S.C § 362(k) because claims under that section "are not extinguished by the termination of the bankruptcy case . . ." *In re Healthcare Real Est. Partners*, 941 F.3d 64, 69 (3d Cir. 2019).

Date: November 11, 2025                /s/ Michael I. Assad
                                                            Michael I. Assad