By: Michael I. Assad (#338972023)
Sadek Law Offices LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey
# Camden Vicinage

| | |
|---|---|
| In re: Juan A. Torres Jr., | Case No.: 25-20765-ABA |
| *Debtor*. | Adv. No.: 25-02467-ABA |
| Juan A. Torres Jr., | Hearing Date: 12/09/2025 |
| *Plaintiff*, | Judge: Altenburg |
| v. | |
| South Jersey Gas Company, | |
| *Defendant*. | |

**Order Retaining Jurisdiction**

The relief set forth on the following page is hereby **ORDERED**.

      **AND NOW**, upon consideration of the Motion to Retain Jurisdiction filed by Plaintiff Juan A. Torres Jr., after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. If the main bankruptcy case is dismissed, the Court retains jurisdiction over this adversary proceeding to the extent that it requests relief under 11 U.S.C. § 362(k).

3. This order is effective without further reference to its terms in any subsequent dismissal of the main bankruptcy case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the dismissal order.

###