By: Michael I. Assad (#338972023)
Sadek Law Offices LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey
# Camden Vicinage

| | |
|---|---|
| In re: Juan A. Torres Jr., | Case No.: 25-20765-ABA |
| *Debtor*. | Adv. No.: 25-02467-ABA |
| Juan A. Torres Jr., | Hearing Date: 12/09/2025 |
| *Plaintiff*, | Judge: Altenburg |
| v. | |
| South Jersey Gas Company, | |
| *Defendant*. | |

**Certification of Service**

1. I, Michael I. Assad, represent Juan A. Torres Jr., the plaintiff in this matter.

2. On November 11, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Plaintiff's Motion to Retain Jurisdiction

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 11, 2025         /s/ Michael I. Assad
                                Michael I. Assad

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chief Legal Officer<br>South Jersey Gas Company<br>1 South Jersey Plaza<br>Folsom, NJ 08037 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>   7017 3040 0000 3107 6898<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Finburg<br>Chapter 13 Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other FRCP 5(b)(2)(E)<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

2