By: Michael I. Assad (#338972023)
Sadek Law Offices LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey
# Camden Vicinage

| | | | |
|---|---|---|---|
| In re: Juan A. Torres Jr., | | Case No.: | 25-20765-ABA |
| | *Debtor*. | Adv. No.: | 25-02467-ABA |
| Juan A. Torres Jr., | *Plaintiff*, | Judge: | Altenburg |
| v. | | | |
| South Jersey Gas Company, | *Defendant*. | | |

**Consent Order Extending Time to Answer or Respond to First Amended Complaint**

The relief set forth on the following page is hereby **ORDERED**.

**WHEREAS**, Plaintiff Juan A. Torres Jr. initiated this adversary proceeding by filing a Complaint against Defendant South Jersey Gas Company on November 7, 2025;

**WHEREAS**, the Plaintiff filed a First Amended Complaint on November 9, 2025;

**WHEREAS**, the Defendant must file an answer or other responsive pleading to the First Amended Complaint on or before December 10, 2025;

**WHEREAS**, the Defendant has requested an extension, to which the Plaintiff consents; and

**WHEREAS**, the parties have agreed to all terms set forth in this order.

**NOW, THEREFORE**, it is hereby **ORDERED** that:

1. The above recitals are incorporated herein by reference.

2. The Defendant must file an answer or other responsive pleading to the First Amended Complaint on or before **December 31, 2025**.

3. The entry of this order is without prejudice to any party's right to seek another adjournment or extension.

4. The court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation, and enforcement of this order

###

We consent to the form and entry of this order.

| | |
|---|---|
| **SADEK LAW OFFICES LLC** | **ARCHER & GREINER P.C.** |
| By: /s/ Michael I. Assad | By: /s/ Jerrold S. Kulback |
| Michael I. Assad | Jerrold S. Kulback |
| 1500 JFK Boulevard Ste 220 | 1025 Laurel Oak Road |
| Philadelphia, PA 19102 | Voorhees, NJ 08043 |
| 215-545-0008 | 856-673-3936 |
| michael@sadeklaw.com | jkulback@archerlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |