By: Michael I. Assad (#338972023)  
Sadek Law Offices LLC  
1500 JFK Blvd., Suite 220  
Philadelphia, PA 19102  
215-545-0008  
michael@sadeklaw.com  
*Attorney for Plaintiff*



Order Filed on December 10, 2025  
by Clerk  
U.S. Bankruptcy Court  
District of New Jersey

# United States Bankruptcy Court
## District of New Jersey
## Camden Vicinage

| | |
|---|---|
| In re: Juan A. Torres Jr., | Case No.: 25-20765-ABA |
| *Debtor.* | Adv. No.: 25-02467-ABA |
| Juan A. Torres Jr., | Hearing Date: 12/09/2025 |
| *Plaintiff,* | Judge: Altenburg |
| v. | |
| South Jersey Gas Company, | |
| *Defendant.* | |

### Order Retaining Jurisdiction

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 10, 2025

Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court

**AND NOW**, upon consideration of the Motion to Retain Jurisdiction filed by Plaintiff Juan A. Torres Jr., after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. If the main bankruptcy case is dismissed, the Court retains jurisdiction over this adversary proceeding to the extent that it requests relief under 11 U.S.C. § 362(k).

3. This order is effective without further reference to its terms in any subsequent dismissal of the main bankruptcy case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the dismissal order.

###