By: Michael I. Assad (#338972023)
Sadek Law Offices LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey
# Camden Vicinage

| | |
|---|---|
| In re: Juan A. Torres Jr., | Case No.: 25-20765-ABA |
| *Debtor*. | Adv. No.: 25-02467-ABA |
| Juan A. Torres Jr., | Judge: Altenburg |
| *Plaintiff*, | |
| v. | |
| South Jersey Gas Company, | |
| *Defendant*. | |

**Application for Entry of Second Consent Order
Extending Time to File Responsive Pleading**

    Plaintiff Juan A. Torres Jr., through his attorney, files this application for the entry of a second consent order extending the Defendant's time to file an answer or other responsive pleading to the First Amended Complaint.

Date: December 29, 2025        /s/ Michael I. Assad
                                          Michael I. Assad